

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2022

No. 04-22-00045-CV

**IN THE INTEREST OF J.B.P. AKA J.B.S., J.J.M., AND J.R.P.,** Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-02425
Honorable Martha Tanner, Judge Presiding

# O R D E R

In our February 8, 2022 order, we noted that Appellant had filed a notice of appeal challenging the trial court's "order rendered on January 14, 2022," but that the trial court's handwritten notes from that date were not a final, appealable judgment. We ordered Appellant to show cause why this appeal should not be dismissed for want of jurisdiction, *see* TEX. R. APP. P. 42.3(a), and we suspended the appellate timetable.

On February 16, 2022, a supplemental clerk's record was filed which contains the trial court's final judgment dated February 8, 2022.

Our February 8, 2022 show cause order is satisfied. We construe Appellant's January 19, 2022 notice of appeal as prematurely filed and effective on February 8, 2022, but after the trial court's judgment. *See* TEX. R. APP. P. 27.1(a).

We reinstate the appellate timetable. Appellant's brief is due on March 8, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court